UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| BRANDON LEE JONES and DEVIN JONES, | ) ) ) | |
| *Plaintiffs*, | ) | No. 1:19-cv-00259 |
| v. | ) ) | Judge Christopher H. Steger |
| OFFICER SKYLER LONG, OFFICER CUBA, OFFICER ABBETT; and the CITY OF CHATTANOOGA, | ) ) ) ) | |
| *Defendants*. | | |

## JUDGMENT

This action comes before the Court on the Motion for Summary Judgment filed by the Individual Defendants, Officer Skyler Long, Officer Cuba and Officer Abbett [Doc. 186] and the Motion for Summary Judgment filed by the City of Chattanooga [Doc. 184]. By separate Memorandum and Order, this Court has granted the Defendants' motions for summary judgment in their entireties.

Therefore, it is hereby **ORDERED** that

1. Judgment is entered in favor of Defendants, Officer Skyler Long, Officer Cuba, Officer Abbett and the City of Chattanooga, and against Plaintiffs, Brandon Lee Jones and Devin Jones, and

2. Plaintiffs take nothing, and

3. Plaintiffs' action is dismissed in its entirety with prejudice.

**SO ORDERED.**

/s/ *Christopher H. Steger*
UNITED STATES MAGISTRATE JUDGE

ENTERED AS A JUDGMENT
s/ *LeAnna Wilson*
CLERK OF COURT